AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br>Jamie N. Buteau, (DOB: XXXXXXXXX)<br>Jennifer Peck Buteau, (DOB: XXXXXXXX)<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:21-mj-00487<br>Assigned To : Meriweather, Robin M.<br>Assign. Date : 06/21/2021<br>Description: Complaint w/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the
_____ in the District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder (JAMIE BUTEAU) | |
| 18 U.S.C. 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers or Employees (JAMIE BUTEAU) | |
| 18 U.S.C. 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds | |
| 18 U.S.C. 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds | |
| 18 U.S.C. 1752(a)(4) - Engaging in Physical Violence in Restricted Building or on Restricted Grounds (JAMIE BUTEAU) | |
| 40 U.S.C. 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building | |
| 40 U.S.C. 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building | |
| 40 U.S.C. 5104(e)(2)(F) - Engage in Physical Violence on Capitol Grounds (JAMIE BUTEAU) | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Bridgit Depietto, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____06/22/2021_____          _____
                                                              *Judge's signature*

City and state: _____Washington, D.C._____   Robin M. Meriweather, U.S. Magistrate Judge
                                                                         *Printed name and title*