UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-CR-00489 |
| v. : | |
| : | |
| BUTEAU, ET AL, : | |
| : | |
| : | |
| Defendants. : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the Acting United States Attorney for the District of Columbia, herby informs the Court that Trial Attorney Anne Veldhuis is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

*/s/ Anne Veldhuis*
ANNE VELDHUIS
CA Bar No. 298491
Trial Attorney
Capitol Riot Detailee
450 Golden Gate Ave., Room 10-0101
San Francisco, CA 94102
(415) 934-5300
anne.veldhuis@usdoj.gov

## CERTIFICATE OF SERVICE

On this 29th day of September 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ Anne Veldhuis
Anne Veldhuis
Trial Attorney