UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE. NO. 21-CR-489-RDM |
| | : | |
| JAMIE N. BUTEAU | : | |
| and | : | |
| JENNIFER P. BUTEAU, | : | |
| | : | |
| Defendants | : | |

**JOINT STATUS REPORT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendants, by and through their attorneys, Douglas Stamm and Joseph Conte, (collectively, "the Parties"), respectfully submit this status report, as directed by the Court, and state as follows:

1.  On July 23, 2021, the defendants were charged by way of indictment. Specifically, Jamie N. Buteau was charged with the following: (Count One) Civil Disorder in violation of 18 U.S.C. § 231(a)(3); (Count Two) Assaulting, Resisting and Impeding Certain Officers in violation of Title 18 U.S.C. § 111(a)(1); (Count Three) Entering and Remaining in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(1); (Count Four) Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(2); (Count Five) Engaging in Physical Violence in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(4); (Count Six) Disorderly Conduct in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(D); (Count Seven) Act of Physical Violence in a Capitol Building in violation of Title 40 U.S.C. § 5104(e)(2)(F); and (Count Eight) Parading Demonstrating or Picketing in a

Capitol Building, in violation of Title 40 U.S.C. § 5104(e)(2)(G).  Jennifer P. Buteau was charged with the following: (Count Three) Entering and Remaining in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(1); (Count Four) Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(2); (Count Six) Disorderly Conduct in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(D); and (Count Eight) Parading Demonstrating or Picketing in a Capitol Building, in violation of Title 40 U.S.C. § 5104(e)(2)(G).

2. Jamie N. Buteau has been on bond and under GPS monitoring since his initial appearance in the District Court for the District of Columbia on July 1, 2021.  Jennifer P. Buteau has been on bond since her initial appearance in the District Court for the District of Columbia on July 1, 2021.  Defendants remain compliant with their conditions of release.

3. On March 5, 2021, based on the current status of the ongoing COVID-19 pandemic, the Chief Judge issued Standing order 21-10, which set procedures for resuming criminal trials for until August 31, 2021.  Further, the Court found that "for those cases that cannot be tried consistent with those health and safety protocols and limitations, the additional time period from March 15, 2021 through August 31, 2021 is excluded under the Speedy Trial Act as the ends of justice served by the continuances to protect public health and safety and the fair rights of a defendant outweigh the best interest of the public and any defendant's right to a speedy trial, pursuant to 18 U.S.C. 3161(h)(7)(A)."

4. On August 3, 2021, the parties appeared by video for the defendants' arraignment and agreed to exclude time from the STA calculation until October 5, 2021.

5. On August 25, 2021, in recognition of the current high rate of transmission of the

Delta variant in the District of Columbia, Chief Judge Howell issued Standing Order 21-47, limiting the number of jury trials that may be conducted at one time until at least October 31, 2021 and prioritizing trials with detained defendants.  Further, the Court found that "for those cases that cannot be tried consistent with those health and safety protocols and limitations, the additional time period from August 31, 2021 through October 31, 2021 is excluded under the Speedy Trial Act as the ends of justice served by the continuances to protect public health and safety and the fair rights of a defendant outweigh the best interest of the public and any defendant's right to a speedy trial, pursuant to 18 U.S.C. 3161(h)(7)(A)."

6. On September 29, 2021, Trial Attorney Anne Veldhuis entered her notice of appearance to begin representing the United States in the defendants' case.

7. Discovery in this matter is ongoing; government counsel has provided most discovery specific to the defendants' cases to defense counsel and has apprised defense counsel of the status of outstanding discovery matters.

8. Parties are agreed to a 60-day continuance of this matter and to excluding related time from the Speedy Trial Act.

    Respectfully submitted,

    CHANNING D. PHILLIPS
    Acting United States Attorney
    DC Bar No. 415793

By:   /s/
    Clayton O'Connor
    Trial Attorney, detailed to the
    United States Attorney's Office for the
       District of Columbia
    MD Bar No. 0512150005
    555 Fourth Street, N.W.
    Washington, D.C. 20530

202-616-3308
clayton.oconnor@usdoj.gov

 /s/
Anne Veldhuis
DOJ-ATR
450 Golden Gate Avenue
Room 10-0101
San Francisco, CA 94102
415-307-6722
anne.veldhuis@usdoj.gov

 /s/
Douglas Stamm
FEDERAL PUBLIC DEFENDER -
MIDDLE DISTRICT OF FLORIDA
203 East Silver Springs Boulevard
Suite 202
Ocala, FL 34470
352-351-9157
douglas_stamm@fd.org

 /s/
Joseph Roll Conte
LAW OFFICES OF J.R. CONTE, P.L.L.C.
400 Seventh Street, NW
Suite 206
Washington, DC 22039
(202) 638-4100
dcgunlaw@gmail.com