UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE. NO. 21-CR-489-RDM |
| | : | |
| | : | |
| JAMIE N. BUTEAU | : | |
| and | : | |
| JENNIFER P. BUTEAU, | : | |
| | : | |
| Defendants | : | |

**JOINT STATUS REPORT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendants, by and through their attorneys, Douglas Stamm and Joseph Conte, (collectively, "the Parties"), respectfully submit this status report, as directed by the Court, and state as follows:

1. On July 23, 2021, the defendants were charged by way of indictment. Specifically, Jamie N. Buteau was charged with the following: (Count One) Civil Disorder in violation of 18 U.S.C. § 231(a)(3); (Count Two) Assaulting, Resisting and Impeding Certain Officers in violation of Title 18 U.S.C. § 111(a)(1); (Count Three) Entering and Remaining in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(1); (Count Four) Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(2); (Count Five) Engaging in Physical Violence in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(4); (Count Six) Disorderly Conduct in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(D); (Count Seven) Act of Physical Violence in a Capitol Building in violation of Title 40 U.S.C. § 5104(e)(2)(F); and (Count Eight) Parading Demonstrating or Picketing in a Capitol Building, in violation of Title 40 U.S.C. § 5104(e)(2)(G). Jennifer P. Buteau was charged with the following: (Count Three) Entering

and Remaining in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(1); (Count Four) Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(2); (Count Six) Disorderly Conduct in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(D); and (Count Eight) Parading Demonstrating or Picketing in a Capitol Building, in violation of Title 40 U.S.C. § 5104(e)(2)(G).

2. Jamie N. Buteau has been on bond and under GPS monitoring since his initial appearance in the District Court for the District of Columbia on July 1, 2021. Jennifer P. Buteau has been on bond since her initial appearance in the District Court for the District of Columbia on July 1, 2021. Defendants remain compliant with their conditions of release.

3. On August 3, 2021, the parties appeared by video for the defendants' arraignment and agreed to

4. On September 29, 2021, Trial Attorney Anne Veldhuis entered her notice of appearance to begin representing the United States in the defendants' case.

5. On November 1, 2021, a Superseding Indictment charging the same violations listed in Paragraph 1 was filed with this Court.

6. On November 5, 2021, the parties appeared by video for the defendants' arraignment.

7. On February 4, 2022 the parties filed a status report regarding the progress of the case and the Court issued an order tolling the Speedy Trial Act for 60 days and directing the parties to file a status report on April 4, 2022.

8. Discovery in this matter is ongoing; government counsel has provided the discovery specific to the defendants' cases to defense counsel and has provided a significant amount of global discovery.

9. The parties are currently in communications to work toward a resolution of this matter.

10. Parties are agreed to a 60-day continuance of this matter to allow for the completion of discovery and to work toward a resolution in this matter, and to excluding related time from the Speedy Trial Act.

                                        Respectfully submitted,

MATTHEW GRAVES
United States Attorney
DC Bar No. 481052

By:    /s/_____
Anne Veldhuis
Trial Attorney, detailed to the
United States Attorney's Office for the
    District of Columbia
450 Golden Gate Avenue
Room 10-0101
San Francisco, CA 94102
415-307-6722
anne.veldhuis@usdoj.gov

 /s/_____
Douglas Stamm
FEDERAL PUBLIC DEFENDER - MIDDLE DISTRICT OF FLORIDA
203 East Silver Springs Boulevard
Suite 202
Ocala, FL 34470
352-351-9157
douglas_stamm@fd.org

 /s/_____
Joseph Roll Conte
LAW OFFICES OF J.R. CONTE, P.L.L.C.
400 Seventh Street, NW
Suite 206
Washington, DC 22039
(202) 638-4100
dcgunlaw@gmail.com