UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE. NO. 21-CR-489-RDM |
| | : | |
| | : | |
| JAMIE N. BUTEAU | | |
| and | | |
| JENNIFER P. BUTEAU, | : | |
| | : | |
| Defendants | : | |

## JOINT STATUS REPORT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the Defendants, by and through their attorneys, Joseph Conte and Douglas Stamm (collectively, "the Parties"), respectfully submit this status report, as directed by the Court, and state as follows:

1. On July 23, 2021, the defendant was charged by way of Indictment. Specifically, Jamie N. Buteau was charged with the following: (Count One) Civil Disorder in violation of 18 U.S.C. § 231(a)(3); (Count Two) Assaulting, Resisting and Impeding Certain Officers in violation of Title 18 U.S.C. § 111(a)(1); (Count Three) Entering and Remaining in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(1); (Count Four) Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(2); (Count Five) Engaging in Physical Violence in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(4); (Count Six) Disorderly Conduct in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(D); (Count Seven) Act of Physical Violence in a Capitol Building in violation of Title 40 U.S.C. § 5104(e)(2)(F); and (Count Eight) Parading Demonstrating or Picketing in a

Capitol Building, in violation of Title 40 U.S.C. § 5104(e)(2)(G). Jennifer P. Buteau was charged with the following: (Count Three) Entering and Remaining in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(1); (Count Four) Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(2); (Count Six) Disorderly Conduct in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(D); and (Count Eight) Parading Demonstrating or Picketing in a Capitol Building, in violation of Title 40 U.S.C. § 5104(e)(2)(G).

2.  One November 1, 2021, a Superseding Indictment charging the same violations listed in Paragraph 1 was filed with this Court.

3.  On April 21, 2022, another Superseding Indictment charging the same violations listed in Paragraph 1 was filed with this Court.

4.  On July 8, 2022, undersigned Government counsel, Christopher M. Cook, entered his appearance on behalf of the United States.

5.  Discovery in this matter is ongoing; government counsel has provided the discovery specific to the Defendants' case to defense counsel.  There are also ongoing global discovery productions for this case.

6.  The Parties have agreed, and jointly request a 60-day continuance of this matter, to allow the parties to continue to review discovery productions and to allow the parties to engage in meaningful plea negotiations.  As new government counsel has just been assigned to this case, the parties need this additional time to determine whether this case can be resolved without a trial. The parties also agree, and request to exclude related time from the Speedy Trial Act for 60 days from the date of this filing.

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


*/s/ Christopher M. Cook*
CHRISTOPHER M. COOK
Assistant U.S. Attorney (detailed)
700 Grant Street, Suite 4000
Pittsburgh, Pennsylvania 15219
christopher.cook5@usdoj.gov
 KS ID No. 23860



*/s/ Douglas Stamm*
DOUGLAS STAMM
Federal Public Defender for the
Middle District of Florida
203 East Silver Springs Boulevard
Suite 202
Ocala, FL 34470
Douglas_stamm@fd.org



*/s/ Joseph Conte*
Joseph Roll Conte
LAW OFFICES OF J.R. CONTE, P.L.L.C.
400 Seventh Street, NW
Suite 206
Washington, DC 22039
dcgunlaw@gmail.com

3