UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE. NO. 21-CR-489-RDM |
| | : | |
| JAMIE N. BUTEAU and JENNIFER P. BUTEAU, | : | |
| | : | |
| Defendants | : | |

**JOINT STATUS REPORT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the Defendants, by and with the consent of attorneys, Joseph Conte and Douglas Stamm (collectively, "the Parties"), respectfully submits this status report, as directed by the Court, and state as follows:

1. On July 23, 2021, the defendant was charged by way of Indictment. Specifically, Jamie N. Buteau was charged with the following: (Count One) Civil Disorder in violation of 18 U.S.C. § 231(a)(3); (Count Two) Assaulting, Resisting and Impeding Certain Officers in violation of Title 18 U.S.C. § 111(a)(1); (Count Three) Entering and Remaining in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(1); (Count Four) Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(2); (Count Five) Engaging in Physical Violence in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(4); (Count Six) Disorderly Conduct in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(D); (Count Seven) Act of Physical Violence in a Capitol Building in violation of Title 40 U.S.C. § 5104(e)(2)(F); and (Count Eight) Parading Demonstrating or Picketing in a

1

Capitol Building, in violation of Title 40 U.S.C. § 5104(e)(2)(G). Jennifer P. Buteau was charged with the following: (Count Three) Entering and Remaining in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(1); (Count Four) Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(2); (Count Six) Disorderly Conduct in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(D); and (Count Eight) Parading Demonstrating or Picketing in a Capitol Building, in violation of Title 40 U.S.C. § 5104(e)(2)(G).

2. One November 1, 2021, a Superseding Indictment charging the same violations listed in Paragraph 1 was filed with this Court.

3. On April 21, 2022, another Superseding Indictment charging the same violations listed in Paragraph 1 was filed with this Court.

4. On July 8, 2022, undersigned Government counsel, Christopher M. Cook, entered his appearance on behalf of the United States.

5. Discovery in this matter is ongoing; government counsel has provided the discovery specific to the Defendants' case to defense counsel.  There are also ongoing global discovery productions for this case.

6. The Parties have agreed, and jointly request a 45-day continuance of this matter, to allow the parties to continue to review discovery productions and to allow the parties to engage in meaningful plea negotiations.  To update the Court as to the status of plea negotiations, defense counsel has recently submitted a number of cases for the government to review for comparison purposes.  The government is evaluating the defense proposal(s) and anticipates sending a formal plea offer to both defendants in a matter of days.  Once the formal plea offer has been extended,

the government will set an expiration date on the plea offers in and around the date of the next status conference or joint status report.   For this reason, the parties request 45 days to continue to negotiate.   The parties also agree, and request to exclude related time from the Speedy Trial Act for 45 days from the date of this filing.

                                      MATTHEW M. GRAVES
                                      United States Attorney
                                      D.C. Bar No. 481052

                                    */s/ Christopher M. Cook*
                                    CHRISTOPHER M. COOK
                                    Assistant U.S. Attorney (detailed)
                                    700 Grant Street, Suite 4000
                                    Pittsburgh, Pennsylvania 15219
                                    christopher.cook5@usdoj.gov
                                    KS ID No. 23860