UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-489-RDM |
| Plaintiff, | **DEFENDANT'S MOTION FOR PAYMENT OF TRAVEL EXPENSES** |
| v. | |
| JAMIE N. BUTEAU, | |
| Defendant. | |

Defendant Jamie N. Buteau, through counsel, moves the Court for an order directing the United States Marshals Service (the "USMS") to make, at its expense, round-trip travel arrangements for Mr. Buteau to travel from his home in Ocala, Florida, to Washington, D.C., for the change of plea hearing scheduled for July 24, 2023 at 9:30 a.m. Mr. Buteau further requests the USMS be ordered to furnish subsistence expenses to his destination, in accordance with the amount authorized as a per diem allowance for travel under 5 U.S.C. § 5702(a). As grounds, Mr. Buteau states the following:

Mr. Buteau has previously been determined to be indigent and to qualify for court-appointed counsel. Mr. Buteau's financial status has not changed since that determination was made. This case is set for a change of plea hearing on July 24, 2023. Mr. Buteau lives in Ocala, Florida, and is unable to pay the cost of transportation to the District of Columbia for this hearing. Pursuant to 18 U.S.C. § 4285, the Court is empowered to:

> direct the United States marshal to arrange for that person's means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required, and in addition may direct the United States marshal to furnish that person with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code.

Counsel has conferred with Assistant United States Attorneys Carolina Nevin and Melanie Krebs-Pilotti regarding the relief requested in this motion. At this time, the government has no position on Mr. Buteau's request and indicated it will respond after the filing of this motion.

For the above reasons, Mr. Buteau requests the Court order the USMS to make round-trip travel arrangements and provide subsistence funds, both at USMS expense, to ensure Mr. Buteau's ability to appear in court for the change of plea hearing scheduled for July 24, 2023 at 9:30 a.m. A proposed order in this regard is attached.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Dated this 12th day of June, 2023.

        Respectfully submitted,

        A. Fitzgerald Hall, Esq.
        Federal Defender

        /s/ Douglas J. Stamm
        Douglas J. Stamm, Esq.
        Florida Bar No. 0092069
        Assistant Federal Defender
        400 N. Tampa St., Suite 2700
        Tampa, FL 33602
        Telephone: (813) 228-2715
        Fax: (813) 228-2562
        E-mail: douglas_stamm@fd.org

        Attorney for Jamie Buteau

## **CERTIFICATE OF SERVICE**

I certify that on June 12, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

        /s/ Douglas J. Stamm
        Assistant Federal Defender