UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

JAMIE N. BUTEAU and JENNIFER P. BUTEAU,

*Defendant.*

Criminal Action No. 21-489 (RDM)

AMENDED ORDER

Upon consideration of Defendants' motions for payment of travel expenses, Dkt. 45; Dkt. 46, it is hereby **ORDERED** that the motions are **GRANTED** in part and **DENIED** in part. It is further **ORDERED** that the U.S. Marshals Service shall provide Mr. Buteau and Ms. Buteau with travel and related expenses from Ocala, Florida to Washington, D.C. for the plea hearing scheduled in this matter for July 24, 2023, at 10:00 a.m. 18 U.S.C. § 4285 does not authorize the Court to order the U.S. Marshals Service to pay for either Defendant's return travel after the conclusion of the relevant hearing.

**SO ORDERED.**

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: July 5, 2023