UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-489 (RDM) |
| | : | |
| JAMIE N. BUTEAU | : | |
| and | : | |
| JENNIFER P. BUTEAU, | : | |
| Defendants. | : | |

**JOINT MOTION TO EXTEND SENTENCING MEMORANDA DEADLINES**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendants, Jamie N. Buteau and Jennifer P. Buteau, with the concurrence of their attorneys, move to extend the currently imposed deadlines for their sentencing memoranda.

On July 24, 2023, following a plea hearing for both defendants, the Court scheduled a sentencing hearing for October 20, 2023. It ordered that the Government's sentencing memorandum was due on October 12, 2023, and that the defendants' sentencing memoranda were due on October 16, 2023.

On August 4, 2023, the Court granted Jennifer Buteau's unopposed motion to continue the sentencing hearing (ECF 60), and rescheduled the hearing for November 20, 2023. Accordingly, the parties jointly move that the sentencing memoranda deadlines be extended to November 12, 2023 for the Government, and November 16, 2023 for the defendants.

Respectfully submitted,

FOR THE UNITED STATES
MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     */s/ Carolina Nevin*
CAROLINA NEVIN
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
NY Bar No. 5226121
(202) 803-1612
carolina.nevin@usdoj.gov

*/s/ Melanie Krebs-Pilotti*
MELANIE KREBS-PILOTTI
Trial Attorney -ATR
601 D Street NW
Washington, D.C. 20530
CA Bar No. 241484
(202) 870-7457
melanie.krebs-pilotti2@usdoj.gov

FOR DEFENDANT JAMIE N. BUTEAU
*/s/ Douglas Stamm*
DOUGLAS STAMM
FEDERAL PUBLIC DEFENDER –
MIDDLE DISTRICT OF FLORIDA
400 N. Tampa Street
Suite 2700
Tampa, FL 33602
813-228-2715
douglas_stamm@fd.org

FOR DEFENDANT JENNIFER P. BUTEAU
*/s/ Joseph R. Conte*
JOSEPH R. CONTE
8251 NW 15th Court
Coral Springs, FL 33071
202-236-1147
dcgunlaw@gmail.com