# Exhibit 1

Honorable Randolph Moss
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Dear Judge Moss,

I am writing to you regarding my parents Jamie and Jennifer Buteau. I will hopefully soon be speaking to you in person as well. My name is Cassandra Buteau, but everyone just calls me Cassie. I am a diagnostic medical sonographer at Women and Infants hospital in Providence, Rhode Island. I have two younger brothers. Jamie who is 27 and in the Marines, as well as Jordan who is 23 and is living with my parents. Just to explain Jordan a little bit, he has Asperger's syndrome, which is under the autism spectrum. Due to this, he struggles with severe social anxiety and does not have a license to drive and has a hard time working. Jordan relies on my parents as his caregivers and will continue to rely on them throughout his adult years. I do not want to mention this if I get the chance to speak because I don't want to embarrass him publicly in any way. I know he has a strong history of depression and anxiety, and I don't want to trigger anything that may cause him to spiral.

I want to start by giving you a peek into my childhood to understand the kind of parents Jamie and Jenn are. My parents offered their whole lives to take care of us. They started their family young, so their lives weren't just about them anymore. I may not be a parent myself yet, but only now that I am older can I truly understand how difficult life can be, especially with kids. They have overcome so many life struggles throughout their lives. I may not have known it at the time, but we grew up living paycheck to paycheck, but at the end of the day we always had a roof over our head and sat at the table for dinner giving our "good day, bad day," which is when we would each share one good thing and one bad thing that happened to us that day. I've always felt so fortunate to have a family that was so close and parents that were so involved, I know not everyone is lucky enough to have that. Not everyone had parents who encouraged them in school and sports the way mine did. Not everyone had a mom who they could talk to about anything, not everyone had a dad who would drop whatever he was doing to participate in all the crazy ideas my friends and I had.

We may not have gone on extravagant family vacations but that never mattered to my brothers and I because we were THAT house. The house that all our friends wanted to go to. The one where all the kids knew they could just show up and be greeted with a smile. The house that allows mud on the floor and doesn't get mad when nail polish spills on the rug. The house that can handle the noise of 5 giggly girls plus 4 crazy boys, all at the same time. I'll never forget the time I was having a big sleepover and we were making a lot of noise upstairs when we were supposed to be sleeping and we could hear my dad coming up the stairs so we pretended to be asleep and instead of being mad all he could do was

laugh and say "Wow, you guys are good." So you see, our house was the place to hang out at on a Friday night and stay up way too late. The house where there are always snacks in the cupboard and drinks in the fridge. Extra toothbrush and clothes for whoever needs it. Extra pillows. Extra blankets. My house was comfort, happiness, and love. Not just for my brothers and I, but for anyone who stepped foot in the door.

I can't predict the order you will be reading these letters in, and I apologize if I sound repetitive from what you may have already read. My parents have been more than just that house. They have been second parents to many kids throughout their lives. My friend Nicky (Nicole Jones) who I've known for 26 years, did not have a father for most of her life. My parents saw this and always included her in everything we did as a family, whether it was just to the drive-in or a day trip to six flags, she was always welcomed. My parents also fostered three of my uncles' children at once. Crystal, the oldest, was a very troubled teen at the time. She had a lot of undiagnosed medical issues as well as a traumatic upbringing. The two youngest were Britney and Brandon. Brandon was diagnosed with severe autism. Even with these challenges, my parents never thought twice about taking them in and loving them as if they were their own. My parents always made sure to treat us all equally. On movie nights, we all had to take turns for our chance to pick the movie. If I was given a couple bucks to go to the mall, then so was Crystal and I had to invite her with me. They ensured that no one felt left out.

Over the past two years and ten months, my parents have been dealing with the repercussions of what they did that day. I know they're not eating, not sleeping, and are consumed with the thought of what might happen on the day of trial. As someone who has delt with severe anxiety I know that the mental and physical stress can truly take years off your life. Our entire family has felt this impact and this has changed our lives forever. I've spent countless nights distraught over the fact that my dad may not be able to walk me down the aisle or my mom might not be able to come see me after having my first child. My mom already works so much to supplement my dad's SSDI. If my dad does go away, I understand they will no longer receive that, so my mom will have to work more than she already does.

My parents are good people to their core, but they fell deep into the conspiracy theory rabbit hole that has swallowed up millions of Americans over the last decade. Sitting on their phones or tablets, consuming articles that are entirely made up or greatly exaggerated, and then seeing thousands of people on pro-Trump websites and Facebook groups agree with even the most outlandish, ridiculous ideas. The common hero was always Trump, the villain? Whoever opposed him. The echo chamber would get louder and louder over the course of the Trump presidency, an entire community of teachers, police officers, construction workers, neighbors, friends, brothers, sisters, mothers, and fathers being fed a constant IV drip of lies, misinformation, and well edited but completely bogus videos that painted

the same picture -- that the world was out to get them all, and the only person there to protect them was Donald Trump.

In this case the lie, the biggest lie, was the election, a loss that many Trump fans could not accept, in part to do to the persistent, outrageous lies told by so many people in positions of power. From sitting congress members, to hosts of the highest rated cable TV channel in the country, to the very person they trusted most, the same man currently on pace to be the Republican nominee again in 2024. All of those in power amplified those lies for 9 consecutive weeks between the 2020 election and January 6th, revving up an already angry, frustrated, and yes, overly gullible group of people who truly believed that they were being sent to the Capitol on orders from the President himself.

None of this means those who entered, and in many cases, attacked the Capitol on January 6th are the victims here. No, that would be the Capitol Police who spent hours defending the building and our democracy that day as those in power completely abandoned them. Many of the officers paid a great price that day, from lifelong injury to severe PTSD, and in the most tragic cases, their life. I do want to take a moment today and apologize to those heroes, and to thank them personally for what they did that day.

My parents went to Washington D.C. that day with the horribly misguided idea that they were there to help the President. My dad made incredibly reckless decision along the way, and he deserves his share of the blame. But while there are many documented cases of people who entered the Capitol that day with violence and malice in their heart, that is not who my parents are. My parents are the sweetest people who spent their life bending over backwards for everyone and they made an awful decision that morning. I am not here to defend that decision, but I am here to tell you that they are not a threat to society and to ask you for leniency. Please.


Sincerely,
Cassandra Buteau

October 30, 2023

Honorable Randolph Moss
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Dear Judge Moss,

I am writing this letter to you today on behalf of Jamie Buteau's character. I have known Jamie for 13 years. He is the husband of my best friend Jennifer. Throughout the years I have not once seen him angry , he always has a smile on his face. Jamie is kind, caring, funny and humble. He makes everyone around him laugh. He is just a fun person to be around. My daughter ███ took to him immediately as he is wonderful with children. Jamie let my daughter ███ wrap him in toilet paper ( it was a game at a wedding shower where you had to make a wedding dress with toilet paper) he's such a good sport. We have visited Disney world together, and the whole time his focus was making sure his grandson and my daughter had the time of their lives even in long lines.

I really hope you can see that Jamie is a really great person who always puts other people before himself. He does not deserve such harsh punishment and is no threat to society! He needs to be with his family, the only place he belongs as he has already been through so much in the last few years with this case.

Thank you so much for taking your time to read this.

Amanda Townsend

November 2, 2023

Honorable Randolph Moss
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Dear Judge Moss,

My name is Charmaine Blanco.  I reside in Ocala, Florida. I am a wife, mother, hairstylist,  and Democrat.  I am saddened at the events that took place on January 6th at our Nation's Capital.  I am sad how divided our country became under the past Presidential administration.  I am discouraged at the direction our country is headed in as I am tasked in raising 4 young special needs children. I teach them to do right by the rules set before them, to trust the process of life and to accept responsibility for their wrong doings.

I have come to know Jennifer and Jamie over the course of the last year. I was not aware of their political stance when we met because that does not matter in friendships. I believe most importantly that people are kind, respectful and supportive.  As I learned of the legal case that sits upon the court, I had to research. I dug deep and read every article I could find because I couldn't comprehend why Jennifer and more so Jamie were facing such steep charges. As time has passed, I understand that sentencing is approaching. A day which will inevitably change this family's life. I was informed that a prison term was likely, and I sit in disbelief that the man I have come to know faces what I believe to be an unfair time in a prison.

As a Regional Coordinator for an all-female motorcycle group,  Stilettos on Steel,  I work to empower women, to support women and to let women know that we can achieve greatness.  Jamie is such a supporter of not only his wife Jennifer, but to each and every woman in my district.  He cooks for us at our gatherings, cheers us on and even takes "the back seat" (literally) so Jennifer can ride with her Stiletto sisters.

This man is kind, caring, respectful and supportive.  He/they did not treat me any differently after learning I am a "liberal". I believe a prison sentence of any length is unfair in this case.  We have career criminals that repeat offenses that receive less time that is being considered to Jamie.  Repeat fentanyl killers, sex offenders and traffickers, abusers so often are given less punishments. Our justice system is the last hope I have to believe in. Do I believe there should be consequences for their actions? Absolutely! Probation, fines, community service,  yes! Prison, absolutely not. Not in this case. Please consider an alternative when deciding on the sentencing of these two. I pray every day that I will be able to tell my kids that there IS HOPE and our justice system is still worth something. Jamie does not belong behind the walls of our prisons. I appreciate you taking the time to read my letter and I pray that God will speak to you to sentence fairly without the influence of political affiliation.

Sincerely,
Charmaine Blanco

NOV 1, 2023

Your Honor, Judge Moss:

I am respectfully writing you in hopes that you will hear and take into consideration what I have to say. My name is Cheryl Constantino, and I am 64 years of age. I moved directly next to the defendant, Jamie Buteau and his wife Jenn about 5 1/2 years ago. I moved to Florida to be near Family after losing my Husband and son, one right after another. I had no intentions on befriending anyone upon my move, but to be with family that already resided here in Florida. My main priority was to provide the best I could for my daughter and 3 Granchildren, while I was still able to do so.

Needless to say I quickly found out that family here was not like Family back home and my health would rapidly take a turn for the worse and decrease. Went from having a men in my life that didn't let me need for anything to not even be able to walk independantly. Jamie and Jenn have

taken on so much responsability trying to assist me in whatever way they possibly can, Just to name a few but not nearly Close to all of what they do are as follows.

They will mow my lawn so that I dont get fined by park management, power wash my house and driveway. Take trash down for me or even make dump runs with larger items not allowed here at the park. Jamie has helped me decorate for Holidays going up and down ladders for me. He has changed batteries in my smoke detectors and reset my doorbell on my house. He will give my daughter a ride should there be an emergency, where I cant walk and lost my car due to Financial hardship. There's been times where they've gone out their way to make sure I had milk, bread, or snacks for the kids because they know I have no transportation to get to and from the store. My oldest granddaughter has severe disabilities and doesn't have a friend to call her own and Jamie will sit outside in the pouring rain, just to hold

conversation with her so she knows she is capable of having someone to talk to and listen. He is one of the most selfless people I've met. If I had the ability to choose who my neighbors would have been when purchasing my home, I wouldn't have chosen anyone other than the 2 I was blessed with next door. They are always willing to lend a helping hand, and I could not be more grateful.

I do not regret the relationship we have grown to build over these past five years. I feel as though I did not only gain wonderful and trust worthy neighbors but more or less along the line of family, and I thank God that I was so lucky to be blessed with people people who actually care about others and their well being.

I hope that you, Your Honor and the judicial system see that not one person on earth is perfect but sometimes the good that

People do needs to be seen, heard and acknowledged. Because people as such come a dime a dozen and I am personally Honored to know such a wonderful family minded couple, who are young enough to be my children but always have an open eye to make sure that I am okay and taken care of. Thank you for your time

Sincerly

Cheryl Constantino

Honorable Randolph Moss
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Dear Judge Moss,

I'm writing to you regarding the character of Mr. Jamie Buteau. I am a handicapped widow and unable to make the long trip to D.C. I have known Jamie for close to 5 years. He is a kind and compassionate man who always puts others first. I have never witnessed Jamie be unkind to anyone. In fact, he always seems upbeat and eager to engage in conversation when I'm feeling overwhelmed. He shares meals with me as well as treats. He is a genuinely a good man. I have observed his love for his wife Jennifer, children and grandchildren. He even looks out for elderly people like me. He is truly an asset to our community. I feel blessed for having this family be part of my life. I can't fathom him being taken away from us.

Most sincerely,

Christine Hopler
Dunnellon, Fl.

Your Honor,

I am writing to you on behalf of my self and my wife, Courtenay Buteau. My name is Jamie Buteau, and I am the son of Jamie and Jennifer Buteau. It is hard to speak of what they have done for me, for I am sure it would just be viewed as something that your parents should "just do". I would like to start by telling you about the unnoticed, unspoken acts of my mom and dad throughout the course of my life; growing up, I have witnessed them unselfishly give to others. For example, I would see my father cut our neighbor's grass without them asking, because he was just willing to help anyone. My father would bring home food from his work if he could; when times were rough and money was tight, he would not eat until the rest of us ate first. My parents encouraged us to always do our best, not just for our own needs, but to be able to help others and meet their needs as well. The reason I am here today is the Marine Corps; I chose to defend the country I love because my mother and father always showed me the world is worth fighting for, if we were to stop and just take a second to look around instead of focusing primarily on ourselves. My father, and others who are as selfless and as giving as him, have restored my faith in humanity. He has inspired me to help others, even if there is little to nothing in return. Also, the amount of care and effort they put into raising my siblings and I was unwavering; after my older sister was born, my father would take a bus to work while my mother would drive the only car they had so that she could take my sister to any doctor's appointments, go to work and run errands. They were young adults and new parents at the time, and my dad would do anything to support his family, and it still remains the same to this day. During the winter months, my dad would also work extra hours by shoveling snow at Bradley Hospital, where he used to work when we lived in Rhode Island. When finances were short, our parents repeatedly told us, "don't worry about the money, you can still play any sport or anything that will better yourself…we will figure it out". Throughout my childhood and teenage years, I have always been involved in sports and have always had the support of my parents. Also, I would like to add I have a nine-year-old son who has looked up to my father since he could walk and talk. My parents stepped up as young grandparents and helped me out tremendously when I became a young father, and have given their grandson endless love and support, as they have done for me. My dad is my son's best friend and one of his role models, and neither me or my wife could fathom what life would look like without either of my parents around to watch him grow up.

My wife, Courtenay, has a few things to say about my father: "My father-in-law is one of the most generous, loyal, hardworking and compassionate people I have met, with the best sense of humor. I have witnessed first hand how incredibly supportive he is of his family and those around him. Every time I go to visit my in-laws house, I always leave with either food, household items or money; they are willing to give what they can to me and my husband and my step-son, and are willing to drop anything to make sure all of their children and family are taken care of. There is not a malicious bone in their body, and they care about others so deeply. When they went to the Capitol on January 6th, even though I believe it was not a good idea for them to go in the first place, I know their intentions were pure and they would absolutely never

harm anybody. They are passionate people who care about their country, and thought they were participating in something harmless. While the Capitol riot unfortunately turned into a chaotic and tragic event, Jamie and Jenn only wanted to peacefully protest and let their voices be heard about the election, which they thought to be unfair. My condolences go out to the police and civilians who were injured or killed during this event. I know if my in-laws could go back in time, they would have never attended. I will reiterate this again, and I apologize if I sound repetitive, but both my father and mother-in-law are reliable, selfless individuals who would give everything they have to make sure their family, friends and even people they barely know are supported and taken care of. Their marriage is something that my husband and I look up to, as they have been together for several years with many triumphs and trials."

To sum up everything, I have many vivid memories growing up with my parents, who have always been unselfish, loving and hardworking American citizens. We are all passionate about something; my parents love this country and the people in this country, no matter what anyone else has to say. They are a prime example of leadership, love and duty. Thank you for taking the time to read this.

Sincerely,

Jamie and Courtenay Buteau

11/6/23

Dear Judge Moss,

Hello, my name is Crystal Crook, and I am the biological niece of Jamie Buteau, and niece by marriage of Jennifer Buteau. Both are incredible people. I will start off by speaking on my uncle's behalf first. My uncle, Jamie Buteau, and my aunt Jennifer Buteau took in me (a troubled teenager), my autistic brother, and my sister Britney Buteau. They raised us, loved us, and took care of us as their own children. My uncle is the kindest, most loving, super funny and most genuine person I've ever known. This world would be a thousand times better if it had more people like my uncle. He made ONE mistake. Please, do not send him to prison. He doesn't deserve it. He has done SO much good in his life and has been such a blessing to everyone he comes across. Please. You have the power to let him stay on house arrest for whatever time frame you decide but please don't let him go to prison. He's too kindhearted and is not a threat to anyone. Please take into consideration that this is the first time he has ever made a mistake like this.

He helps everyone he meets, family, friends, random strangers. He belongs outside of prison where he can continue helping others and being kind and bringing more positivity to those around him. Please let him be free. He and my aunt were the only ones who took in me and my siblings when we needed a loving home. I see them as a father and mother. They took care of my dying great-grandmother and never expected anything in return. They spent countless hours helping her around the house and bringing her wherever she needed. They wouldn't hurt a fly. My uncle's motto is "kill people with kindness." He taught me many things, but I will always keep his motto in my mind, and I have passed this on to my children. When other kids have been mean to my

son, I've taught him to "kill them with kindness." A man who teaches that, is not a man you'd find in prison.

My Aunt Jennifer is too a wonderful person. She welcomed me and siblings with open arms. She made us feel like we were always her children too. She took me shopping along with her daughter Cassandra Buteau, bought us both clothes, spent hours talking to us both and always made me feel included as if I was another daughter. When I was a teenager, I was troubled, insecure and felt unworthy of being loved. But my aunt devoted so much of her time and love to talk me out of the dark place I was in. She always spoke to me with such positivity to build my confidence. She supported me in my sports, showed up to every art show and was so present with everything I did. She helped rebuild the self esteem that I thought was lost. She got my brother, Brandon Buteau, the help he needed being that he has autism. She made sure he was in every special-needs program that could help him. She potty-trained him and my sister Britney. Her and my uncle gave us a safe and loving home that our parents didn't. They're amazing people, writing this letter is the least that I can do for them, because they changed my life, and my brother and sister's lives forever.

Please find it in the goodness of your heart and do not separate my aunt and uncle. I assure you they have learned from their mistake, and I can promise that you will never hear of them being in trouble with the law ever again. I thank you whole-heartedly for taking the time to read my letter. God bless.

Sincerely,

Crystal Crook

Crystal Crook   10-16-23

November 7, 2023

Dear Judge Moss,

   My name is Crystal Slaton. I have known Jamie Buteau for many years. Throughout those years I have come to realize what an amazing human being he truly is. When I first met him, he was quiet and reserved, I believe due to his anxiety. However, after spending time with him and getting to know him, his true self comes out. He is a caregiver who is always willing to help those around him. I know that many people say these things about others, and let's be honest, many times it is not true. In this case however, it is very true. He takes care of his family members and is the first to help when a friend or even a stranger needs help. I have watched him help people on several occasions. He has also helped me and my family with his advice and kindness.

   Everyone has moments in time when they have a reaction to things happening around them and Jamie is no exception. However, one moment in time should not cause a monumental family destroying consequence. Our penal system is described to rehabilitate and remove criminals from society. Understandably our correctional systems are very much needed. However, there are those that prison will not rehabilitate, especially those who have not committed other crimes and fell for a crowd mentality. As a student of psychology, I can say that for those who have mental disabilities, however large or small, prison is not productive and generally harms mental health further. I am certainly not saying that people should not pay for their crimes. Without consequences our world would be a general disaster. I am saying that being on house arrest, and not being able to participate in society for several years seems like a punishment in itself.

   I can only imagine the stress of deciding people's futures daily, and it is a profession I respect greatly. I have immense empathy for those that have this responsibility. I ask that you look at Jamie and his life, his past, and his everyday decisions and please have mercy for the sake of his family and his own health. I ask that you see Jamie does not have a violent history, and that he is not a threat to society. He is a caregiver, Grandfather, Father, Husband, and amazing friend to those around him. Society would be worse without his presence.

Thank you for taking the time to read my thoughts and feelings about Jamie.

Sincerely,

Crystal Slaton

Dear Judge,

My name is Debbie Stalvey, and I am writing to you to tell you a little about Jamie. Unfortunately, you are only seeing the man that went into the Capital Building on January 6, 2021.  I have known Jamie for over 4 years, and I have seen his love and compassion firsthand.  Not only is he a wonderful man but he is a loyal and unbelievable loving and supportive husband, father and grandfather.  I do not believe there is one thing I can't ask Jamie to help me with that he would not do, and he would do it with a smile on his face.  Every time I see Jamie when he comes to help his wife at work, he immediately gives me a hug.

Your Honor, I understand this is a very serious issue that came to be on January 6th and I am not making excuses for the behavior that conspired on that day nor is Jamie, I am asking you to please take the letters from loved ones to heart and to know that Jamie is needed here in so many ways.  This whole situation is heart breaking so I am asking you, your Honor to please have leniency when making this very important decision.  Jamie is such a needed and loved man in our community and will be missed tremendously.

Sincerely,

Deborah Stalvey
Deborah Stalvey

November 7, 2023

Dear Judge Moss,

My name is Frederick Francisco and I'm writing this letter for & on the behalf of Jamie Buteau. Jamie and I have been friends for over 45 years and the reason why we have been friends for all these years is because he is one of the kindest and most unselfish loving people, I have ever known. In fact I consider him a brother.

Throughout our lives we have been there for each other through good times and bad no matter the situation. He has been there for me as I have been there for him and that's why I'm writing this letter on his behalf cause without him in my life I don't now where I would be today!  for example, I was in a really bad place in my life where I had lost my wife, my house, my job and my health was failing me, and without hesitancy Jamie offered to help me without thinking twice about it by letting me stay with him & his wife until I was able to pick myself up and get back on my feet without asking a single thing of me and from me but just to get better And honestly without his help I don't know where I would be at this moment, I truly believe he helped saved my life when I thought there was nothing left to live for.

I understand the circumstances and the reason why we are here today, but I don't understand why a person who has never been in trouble with the law and who has always tried to be a good person, friend, husband, and father and would give the shirt off his back to help a perfect stranger is going to be put in prison for years for being in a place that he had no idea that he wasn't supposed to be and was just following along with the crowd just trying to support the country he loves and make no mistake about it He loves this country, so much that he even gave his blessing for his oldest son to enlist in the United States Marine's to help serve and protect this country.

We all make mistakes in our lives, and a lot of the times those mistakes are made with good intentions, also sometimes we make mistakes without even realizing what mistakes we are making, and I feel that's what happened to Jamie on that day.  So I pray that you will find it in your heart to forgive him and not punish him so harshly for I know in his heart he is truly sorry for what happened that day and if he had known that this would have been the outcome of that day, he would have chosen differently because he was not there to cause any problems, he was there because he thought it was the right thing to do to support this country that he loves that's all... so I beg and plead to whoever is going to make the final decision to what happens to Jamie, to please have mercy on him and let him go home to his wife & children and not tear his life apart by sending him to prison over a mistake that he never intended to make and I promise you Jamie will never let anything like this happen again and that's the god's honest truth.

Thank you & God Bless,
Fredrick Francisco



To the Honorable Judge Morse,

　　This letter is in regards. To Jamie and Jen Buteau's characters.

Yes, Sir. My name is Gary. W Johnson. I live in. Warwick, RI. I am. A Retired. Battalion Chief. Of the Coventry Fire Department. I currently sit on the board of directors. Of the most prestigious fishing club. In New England. The Rhode Island saltwater anglers.

　　I have known. Jamie and Jen. For over 30 years. I consider Jamie. One of my best friends, we always used to. hang out together. I watched his three kids grow up. Now Jamie and Jen were high school sweethearts. When they lived here in Rhode Island. Jennifer worked as a server. And Jamie worked as a head cook. At a Children's Hospital, children that were had disabilities or behavioral problems. He worked there most of his life. He started there when he was a boy. Jamie and Jen have a heart of gold. They took in their little nephew, Brandon. On and off, up until he was probably six or seven years old. And didn't ask anything in return. They have two boys. Where are my two boys best friends,  He was always there when I needed him and I was always there when he needed me. It was funny when they first moved to Florida, his AC unit. Broke. And on the phone? It was kind of funny because I was telling him how to fix his AC unit outside putting a new relay in. We stayed in contact. Especially because his daughter. Stayed here to go to college. And more I kept an eye on her for them. Until she actually got her degree. And turned out to be a wonderful girl. As long as I've Known Jamie. I had never known him to lose his temper. He was always the soft spoken one. And he was very loved by his family and friends. Jamie grew up in a Christian home. His mother was very religious. And I believe that's why Jamie always had a kind heart. When Jamie lived here in Rhode Island. We only lived. Three or four houses apart. So we were very. Close Spent a lot of time together. And when he then he lost his job, With the hospital he got very depressed. And that's why they moved to Florida. It was due to Jen's dad. Who lived out there? She wanted to be close to her dad because he was very sick and she didn't think that he would be around very long. And Jamie had to make a hard decision. He didn't want to leave any of his kids here in Rhode Island. But he packed up his two sons. The daughter stayed to go to college. And. He moved down to. Ocala FL. He was nervous in the beginning. We talked quite often on the phone. And it turned out that it was a good move. They both were incredibly happy. They both were very active. With football at their son's school Their oldest son joined the Marines and we're immensely proud of him because we've always considered Jamie and Jordan part of our family. So, it was always nice to see them doing so well, especially when during football season when they were in high school, they used to send us videos of everything that they did. And as far as Jamie and Jen's characters. They were always so loving. So good to. Everybody else. It's hard to believe that they are going through this at this time. Please consider. There. Background. Back here in Rhode Island. Jamie and Jen were never in trouble. They've never had a problem involved in anything.   they were just a couple that was fun to be around. Jamie didn't drink. Uh,

like I didn't drink. So we that's probably why we got along so. Good. They have just been. Together for so long. Like I said earlier, they were high school sweethearts. They married. And like any other marriage, you have your difficulties. But they stuck together. They're happy. They love Florida. They stay in contact with their family. They come up here. Matter of fact, I believe Jen took in her mom for a while when she was sick. Myself being an ordained minister. I have a soft spot in my heart for Jamie and Jen. And always be there. So if there's anything else. That you need from me. Don't hesitate to call, I will be glad. To give to give you any information that you need to know. Thank you for your time and consideration. And God bless

Sincerely,

Gary W John

September 26, 2023

Dear Honorable Judge Moss,

I am writing on behalf of the defendant in front of you today, Jamie Buteau. This man has become a dear friend to me and my family and I would like to take a moment to offer you a small glimpse of his character. I have only gotten to know Jamie Buteau and his wife Jenn over the last 14 months and they have always presented themselves as pillars of the community by helping others and offering their time to any friend in need.

I witnessed this happen countless times over the last year and I am sure you will read about most of those times in other letters, but in my letter I will just talk about the time I was a recipient of Jamie and Jenn's community service. Your Honor, my landlord decided to sell the house last May and gave me five weeks' notice to move. I had lived there for eight years and had accumulated a lot of things over that time. So, as I was preparing to pack and move, Jamie and Jenn would ask me if I needed any boxes and he would put aside 15-18 boxes for me each week. Then, as it got closer to the move date, Jamie Buteau asked me if I needed any help on the day of the move. I remember saying, "If you're not too tired, sure. I should have enough people, but I could always use one more." On the day of the move I only had one person show up and then Jamie and his wife, Jenn, pulled in at 11 am after working well past 2 am that morning. The three people that showed up to help me that day ended up moving everything in the house for me as I am not in a position to do any lifting at the moment. I am very thankful for the Buteaus showing up to donate their time and energy like they did.

I realize this may seem like such an insignificant action, but it meant everything to me. Prior to that day, I thought I was just a customer in the establishment they worked at. Now I feel like they are a great addition to not only my community, but my friend circle as well. I also realize that you may be overwhelmed by all the letters and the people who showed up today to speak on behalf of Jamie Buteau, but I could not pass up a chance to tell someone about the difference the Buteaus make in the lives of anyone they happen to meet.

Thank you taking the time to hear what our community has to say.

Sincerely,

Heidi Chesney

Marion County, Florida

November 7, 2023

Dear Judge Moss,

My name Is Keith Scott here with Cynthia Jameson and have driven 1200 miles to show our support for Jamie Buteau and speak to the character of this individual.

I have known Jamie Buteau , his wife Jen and their son Jordan for quite some time. Jen has worked for me for several years and Jamie helps her out on a regular basis when his health will allow him to do so. It is the love that they have for other that is incredibly infectious. These are two of the most giving people I have ever met. Anyone who needs help with anything, they are the first to volunteer. They have fostered children who needed a home out the kindness in their hearts. They have welcomed other individuals into their home who needed a place to live for no other reason than their belief in helping fellow human beings.

When it comes to Jamie and his son Jordan who deals with autism there is no better father on the planet. I have worked with Jamie in finding jobs for Jordan to perform in my construction business and he brings him to work and stays by his side continuously helping to teach him skills that will help him integrate and fit in to society as a whole. It is my opinion that incarcerating Jamie will have a very negative impact not only for Jamie given  his psychological issues but would also have an even bigger impact on his son Jordan.

I can't see where this would benefit society at all. Jamie has been on an ankle monitor for a long time and has been nothing but a model citizen. What occurred at the capitol building January 6th is completely out of character for Jamie and I don't believe for a second that he had any intention whatsoever to cause harm to anyone there. I am all for putting bad people in prison, but he certainly doesn't fit in that category of human beings. The country will not be a safer place by incarcerating him. It will just hurt those of us who love him, and I beg the court to look for an alternative to prison such as monitored probation or something of the sort so as not to inflict unnecessary damage or harm on a family who clearly relies on his support and undying devotion to them.

Sincerely,

Keith M. Scott

Attn: Judge Moss

Dear Honorable Judge Moss,

My name is Linda Clark the mother of Jamie Buteau. I am writing to you on the behalf of my son. He will be standing in front of you on the calendar day November 20, 2023. What you will have in front of you on that day is documents showing what he is being accused of doing. As his mother I am writing to offer a more complete picture of who Jamie is.

Jamie was raised to go to church and learn the values of life, be respectful,trustworthy, be compassionate, work hard and most of all have faith in god. He grew up in learning these attributes.  When he was in elementary school starting from the first grade all the way up  to the six grade he had  perfect attendance. When it came to a relationship with his father, Jamie  did missed out on having  a strong connection with his dad. His father who never gave his son the time a day or  showed any interest of Jamie involvement in sports or school plays , things that would had matter to Jamie. Yet, In spite of having an absentee father,  Jamie became an amazing father  himself.

When my grandson Jamie Jr. was playing football his father would video the games and then my son and the coaches would get together  and watch the plays together and discuss their next plan. I witness him video the games. When I would go to visit my son at his home, there would be always some neighborhoods kids hanging around there, It was one of those kind of families, you didn't mind being around.

Jamie  doesn't just carry the title (father) he is one. He  demonstrates his love and dedication toward his family.  In ways of communicating with them supporting them financially, emotionally and being a strong shoulder to lean on when in need. And he doesn't forget his side of the family either.

He's  even an asset to his community by helping out his neighbors . For example: Jamie has  cameras outside his mobile home and someone stole one of their neighbor's motorcycle , the incident was caught on camera , Jamie  called the police and the  bike was return to the rightful owner . Among other helpful acts he cuts their grass  or gives  them a ride . Jen and Jamie are always helping someone.  Not to mention they drove all the way to Rhode  Island to pick up Jennifer's  mother who was very sick at that time, drove back to their home in Florida to nurse her back to health . Jordan's only friend had a girlfriend and was living with her at her apartment. This friend of Jordan's went to ask Jordan parents for help for food and said his girlfriend is pregnant. What do the Buteau's do? They brought food and got baby items.

Their youngest  son Jordan, depends on his parents especially his father, he has some difficulties, he exhibits no effort in anything, including, setting up life goals or getting a driver license in comparison to peers of his age.  He even had problems in school, not bad  behavior problems, but learning , socializing. He is very quiet young man.

In conclusion, I am asking as a parent  to take the information that I had given to you in consideration  and please show mercy  to my son, his family needs him And his brother and I need him as well. Although we live  in separate states we are always in contact with each other. I know he is not perfect but then again I don't  know who is? He made a colossal  mistake and over the passed two years he has been carrying the weight of it. As time passes the weights get even heavier. I am planning on coming up on that court day.  And hopefully I will be call on the stand to be a witness for my son.

Thank You
Sincerely,

Linda Clark

October 3, 2023

RE: Jamie Buteau & Jennifer Buteau

To Honorable Judge Moss,

In regards to Jamie Buteau, I would like to express my gratitude for knowing him. He has always been very helpful to those around him, and makes people laugh. He is considerate, and giving. When I had CoVid, along with the other bartenders at the Thirsty Turtle Pub (where his wife, Jennifer also works), he made a delicious homemade chicken soup and drove 20 miles out of his way to deliver it to the doorstep of all the bartenders. He also goes out of his way to give somebody a ride if they need one from our bar.

I have tourette's certain situations make my ticks a lot worse, especially stressful situations. Jamie goes out of his way every week to stock 2 walk in coolers for us girls donating his time at least 3 hours it takes him, he empties my cases of boxes for me, and does anything I ask for help. On some bike runs, when my tourette's kick in and I can no longer ride my bike, he will drive it for me to get me back safely. He has talked me down to try to calm me in a few bad episiodes, and has been so caring and helpful.

Every Christmas he makes his own special recipe cookies for us employees, and certain customers. He is amazing at cooking.

Jennifer has gone out of her way to drive me home when needed, or covered for me at work, when I really needed it. They both are amazing couple whom would do anything to help anyone, even strangers, especially Jamie. Without him us girls would be lost with all he does to help us be better at our job, by putting less stress doing our side work.

Jamie is a great man, a family man, mild tempered, and he brings laughter and joy to many situations. He doesn't deserve any further punishment. He has had a ankle monitor on for almost 2 ½ years, with no problems as you would expect cause he's not the type of person whom media and others are pushing. I pray Jamie can stay home to take care of his son Jordan, and be able to continue to help us out cause we would be lost without him here.

Thank you,

Lori Chamberlain Starr
Bartender, Thirsty Turtle Pub

November 13, 2023

Dear Judge Moss,

My name is Nicole Jones, and I am writing to you on behalf of Jamie and Jennifer Buteau. I have known the Buteau's for over 25 years. When I was five years old, Jenn, Big Jamie (as I lovingly called him), Cassie and Little Jamie moved next door. Jordan came along not too long afterwards, and I remember him coming home from the hospital. Cassie and I were inseparable for our entire childhood. We spent most of our time together and became a part of each other's families and still are to this day. Jamie and Jenn watched me grow up alongside their own children and treated me as one of their own. I'm not sure if either of them realizes how much they have impacted my life.
I would like to tell you a little bit about myself and how I grew up. I grew up in a house with my mother, great-grandmother, grandfather, grandmother, uncle, aunt, and younger cousin. At one point we all lived in the house together, but people came and went throughout the years. I realized that that is not typical of most families. My mom, grandmother and great-grandmother were the main caretakers in my life; after my grandma moved out, just my mom and great grandma watched me most of the time, when I was at home. It seems that taking care of me was a shared responsibility because my mom was an alcoholic and my great grandma had various mental illnesses. Throughout my childhood, my mother dated many different men. I saw them come and go. My biological father was hardly in my life. He was an alcoholic and heroin user and never had time for me. I saw him maybe once a year during my younger years. He did start to come around more when I was about 15 years of age, but he passed away when I was 18 from a drug overdose. Unfortunately, my childhood memories of my father are surrounded by heartbreak and let downs. My childhood in general was chaotic to say the least, and although I was never physically hurt, I am left with psychological scars because I did not have the typical upbringing. My family was not the typical family.

Jenn and Jamie are the reason I know what a "normal" family looks like, and how I know how a family functions without the presence of drugs and alcohol. They both always treated me as their own; I was always included for family outings, like bowling, sledding, and going to see movies at the drive-in, to name a few. I have countless memories of laughter and fun while doing things with the Buteau's that otherwise I never would have experienced. They are the reason I was able to experience these seemingly minor things, but to me it's very special, because they showed me that they cared.

Jamie is my main example of how a father should treat his children. To this day, when I think about my own future and if I ever choose to have children, I will want their father to treat them the way Jamie treats his kids. I learned through being a part of the Buteau family that a father always makes time for his children; to play endless amounts of silly games Cassie and I would invent, cooking and helping Jenn with whatever she needed, or just watching a movie together with all of us piled in the living room. To a child whose father never cared, and who always felt excluded, the love that Jenn and Jamie showed me impacted me in a way that most people cannot understand. Their kindness, compassion, and understanding of my situation helped mold me into the responsible adult that I am today. Without them, and the major role they played in my upbringing, I truly don't know how I would have turned out. They were both role models, and I desperately needed it because my own family did not provide that for me.

The Jamie I know is not an angry or aggressive man. Of all the years I have known him I have never seen him act violently and can count on one hand the times I have heard him raise his voice. The Jamie I know and grew up around is a calm, silly, fun and loving man. Jenn is caring, thoughtful, understanding and kind. She is pretty fun too, although not as fun as Big Jamie. They were the best people I could have asked for to be my family.

Jenn and Jamie, both showed me that it wasn't my fault that my dad wasn't around, and that it wasn't my fault that my home life was the way it was. For a child, sometimes that is all you need. Love and support from adults that care about you, and they were those people for me. And now, I will love and support them during this time, just as they did for me when I needed it
most.

Sincerely,

Nicole Jones

Dear Judge Moss,                                              October 23, 2023

My name is Nicole Jones, and I am writing to you of the behalf of Jamie and Jennifer Buteau. I have known the Buteau's for over 25 years. When I was five years old, Jenn, Big Jamie (as I lovingly called him), Cassie and Little Jamie moved next door. Jordan came along not too long afterward, and I remember him coming home from the hospital. Cassie and I were inseperable for out entire childhood. We spent the majority of our time together and were apart of each other's families and still are to this day. Jamie and Jenn watched me grow up alongside their own children and treated me as one of their own. I'm not sure if either of them realize how much they have impacted my life.

I would like to tell you a little bit about myself and how I grew up. I grew up in house with my mother, great-grandmother, grandfather, grandmother, uncle, aunt, and younger cousin. At one point we all lived in the house together, but people came and went throughtout the years. I realized that that in itself is not typical of most families. My mom, grandmother, and great-grandmother were my main care-takers in my life; after my grandma moved out, just my mom and great-grandma watched me most of the time, when I was at home. It seems that taking care of me was a shared responsibility because my mom was an alcoholic and my great-grandma had various mental illnesses.

Throughout my childhood, my mom dated many different men. I saw them come and go. My biological father was hardly in my life. He was an alcoholic and herion user and never had time for me. I saw him maybe once a year during my younger years, and once I turned 15 I saw him more often, but he passed away when I was 18 from a drug overdose. Unfortunately, my childhood memories of my father are surrounded by heartbreak and let-downs. My childhood in general was chaotic to say the least, and although I was never physically hurt, I did not have the typical upbringing. My family was not the typical family.

Jenn and Jamie are the reason I know what a "normal" family looks like. How a family functions without the presence of drugs and alcohol. They both always treated me as their own; I was always included for family outings, like bowling, sledding, and going to see movies at the drive-in, to name a few. I have countless memories of laughter and fun while doing things with the Buteau's that otherwise I never would have experienced. They are the reason I was able to experience these seemingly minor

1

things, but to me its very special, because they showed me that they cared.

Jamie is my main example of how a father should treat his children. To this day, when I think about my own future and if I ever choose to have children, I would want their father to treat them the way Jamie treats his kids. I learned through being a part of the Buteau family that a father always makes time for his children; to play endless amounts of silly games Cassie and I would invent, cooking and helping Jenn with whatever she needed, or just watching a movie together with all of us piled in the living room. To a child who's father never cared, and who always felt excluded, the love that Jamie and Jenn showed me impacted me in a way that most people can't understand. Their kindness, compassion, and understanding of my situation helped mold me into the responsible adult that I am today. Without them, and the major role they played in my upbringing, I truly don't know how I would have turned out. They were both role models, and I desperately needed it because my own family did not provide that for me.

The Jamie I know is not an angry or aggressive man. Of all the years I have known him I have never seen him act violently, and can count on one hand the times I've heard him raise his voice. The Jamie I know and grew up with is a calm, silly, fun and loving man. Jenn is a caring, thoughtful, understanding and kind. She is pretty fun too, although not as fun as Big Jamie. They were the best people I could have asked for to be my family.

Jenn and Jamie both showed me that it wasn't my fault that my dad wasn't around, and that it wasn't my fault that my home-life was the way it was. For a child, sometimes that is all you need. Love and support from adults that care about you, and they were those adults for me. And now, I will love and support them during this time, just as they did for me as a child when I needed it most.

Sincerely,

Nicole Jones

2

November 7, 2023

Dear Judge Moss,

My name is Randy Buteau. I'm the brother of Jamie Buteau who you will be sentencing November 20, 2023. I'm not even sure where to begin, I'm still trying to make sense of this. Not of what happened, but of what is justice in this country.

You will be making a decision on my brother's behalf but before you do, you must now who he is, not what some court record says.

Jamie is someone that I am proud to call my brother, not because he is a blood relative but who he is an individual. Judge Moss, I'm sure you agree that one mistake doesn't make a person, their history does.

I'm not trying to downplay what happened, Jamie made a mistake, so my first question is, does the crime fit the punishment. He's been on home confinement since the arrest, the stress that goes along with that, I can't even imagine. I can assure you that was punishment. To understand this, Jamie is a very outgoing and funny, people in all walks of life like him because how he treats people in general. He will go out of his way to help anyone, even a simple task like mowing his neighbor's lawn without them even asking. I know if I needed help, he would be there but that's a given, that's how he is with family, but it doesn't stop there…we are talking about someone can strike up a conversation with strangers, make them laugh, if they needed help he'd gladly oblige.

I wish there was a way that I can take his place on November 20, 2023. I say that because isn't that what families do? We sacrifice for each other. If there was reality where I could give up my freedom for his, I would do it without hesitation. He has so much more to lose then I do, he has a great wife and kids that adore him.

I could get into what happened but I'm not sure if that's irrelevant here. What matters is what I asked from the beginning, what is justice in this country?

Judge Moss, I understand you have a job to do, whatever decision you make, I will have to respect that, but in return I only ask one thing, if this was a loved one on your side, would you give them leniency? If your answer is yes, then…that's what it is like to see for my brother. Jamie is not a criminal, the way he lives proves this. He made a mistake and sometimes it is that simple.

Thank you, Judge Moss, for taking your time to read this.

Sincerely,

Randy Buteau

November 9, 2023

Dear Judge Moss,

My name is Rebeka Tinkham, I am the mother to ███████ the grandson of Jamie and Jennifer Buteau. I have known Jamie and Jennifer for almost 11 years now.

Jamie has always put his kids and grandson before himself, he has a huge heart and would drop a dime for anyone. If Jamie ends up doing time, he is letting his family down, including his favorite person who is his grandson. Jamie is the most funniest person when someone is down, he always finds a way to make anyone laugh in a horrible situation.

When I first met Jamie, I got into a car accident with his son Jamie, the very first day I dated with his son. I went back to their house, crying he found a way to put a smile on my face because I thought my parents were gonna be super mad at me, but he put that smile on my face and help me out .
Jamie is the type of guy that would stop and help anyone who he doesn't know, just to put a smile on their face.

Jennifer and Jamie Buteau are wonderful people and are big hearted. They are the type of people who take in a grandchild who is not their own grandchild. My daughter ██████ , who is six years old loves Jennifer and Jamie, they have help me with ██████ and ███ by watching them while I work, and has always let them stay the night with them. They have taken them to do fun things to the bounce house to watching them when I went on vacation. They love kids and their grandchildren.

When I found out that I was pregnant with ████ they had done a lot to help me during the time of my pregnancy, even though we had a month to prepare for him, they helped raise ████ for the first few years of his life. Even when I went through a depressed state Jamie and Jenn kept ███ during the week to drive and pick him up from school over 18 miles away,  that helped take a burden off me, their father Jamie was away at the Marines at the time. ████ is in aww over his grandparents. They are his best friends. Anytime I have ████ he is always asking me, when can he go over to Mammy and Pappys house so he can play with video games or Legos or go swimming, or see their dog, Luna.  Jenn and Jamie have always been there for anyone in need, babysitting, a ride to anywhere, they always help anyone out as much as they can. They're wonderful people and if they both are going away in to due time,  they are missing out on their families lives watching their grandkids grow up into wonderful kids that they love so much and don't want to leave them behind. I look up to Jenn and Jamie, I hope one day to have the type of marriage they have, they are so perfect and full of love for one another.

Please I ask the court to take in their lives of compassion, and not one moment in time, of making a mistake I know they regret, and wish they could take back. They have lost the spark they had for life before all this, and any prison term, I don't see how this benefits  society or them , but ruining more of their mental health, and hurting all that love and need them dearly.

Sincerely,

Rebeka Tinkham

Your Honor,

My name is Rosemary Medeiros and I am writing you on behalf of Jammie. I have known Jammie for over five years. He is such a special man, loving husband father, and friend who would give you the shirt off his back if needed. He is not the man seen on January 6, 2021.

He is the most compassionate man that we in our community love.

He always helps his wife at work which is our community pub by all the games such as bingo and always working to keep it clean.

I do know how serious the event of January 6 2021 was but I am asking you to please show leniency when making your decision.

Jammie is so very loved and needed in our community and he will be tremendously missed by everyone.

Thank you

Rosemary Medeiros

Honorable Randolph Moss
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washtington D.C. 20001

Dear Judge Moss,

I am writing this letter to offer a character reference for my dear friends, Jamie and
Jennifer, who I have known and worked for me at my restaurant for approximately 10
years. I understand they are currently facing legal proceedings, and I believe it is essential
to shed light on their true nature and their contributions to the community.

Over the years, I have witnessed firsthand the genuine kindness and compassion Jamie
and Jennifer possess. They have consistently demonstrated a strong sense of empathy and
willingness to help others in need, regardless of the circumstances. They have been
unwavering pillars of support for those around them and have gone out of their way to lend
a helping hand whenever possible.

Both Jamie and Jennifer have been actively involved in various charitable endeavors and
community initiatives, selflessly dedicating their time and efforts to make a positive impact
on the lives of others. Their dedication to making the world a better place is commendable
and reflects their outstanding moral character.

Their integrity and honesty have always been beyond reproach. I can attest that they are
individuals of utmost reliability, with a reputation for being trustworthy and responsible.
Their commitment to upholding principles of justice and fairness is evident in every aspect
of their lives.

Throughout the years, I have seen Jamie and Jennifer support their friends, family, and
community members during times of adversity. Their presence has brought solace and
comfort to those going through difficult situations, and they have shown great resilience in
the face of challenges.

In summary, Jamie and Jennifer are exceptional individuals who have positively impacted
the lives of many, including mine. I firmly believe that their genuine goodness and
dedication to serving others make them valuable members of society.

As you preside over their case, I kindly request that you consider this letter as a testament
to their true character and the positive influence they have had on the community. I have
faith that your judgment will be just and fair, taking into account the entirety of their
characters and their contributions to society.

Thank you for your time and consideration.

Sincerely,

[Samuel Piliouras]
███████████

Samuel Piliouras owner