# Exhibit 2

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry    09/26/2023

JAMIE BUTEAU, date of birth (DOB) ▮▮▮▮▮, Social Security Account Number (SSAN) ▮▮▮▮▮, home address ▮▮▮▮▮, was interviewed at ▮▮▮▮▮. Present for the interview were U.S. Department of Justice Attorney Melanie Krebs-Pilotti, Assistant United States Attorney for the District of Columbia Carolina Nevin, and BUTEAU's attorney, Douglas Stamm. After being advised of the identities of the interviewing Agents and the nature of the interview, JAMIE provided the following information:

JAMIE did not remember how he heard about the rally taking place in Washington, D.C., on January 6, 2021. Usually he relied on his wife, JENNIFER BUTEAU, to tell him if there was a rally and whether they were going. JAMIE did not know exactly when he and his wife planned to go to Washington, D.C., for the January 6, 2021, rally. Usually JAMIE's wife planned everything, and he just went along with her plans. Therefore, JAMIE did not recall any specific dates or time when they planned the trip to Washington, D.C.

JAMIE and his wife planned to drive to Washington, D.C., to attend the rally and drive home. They did not have any plans to stay overnight in Washington, D.C. JAMIE did not have any plans to go to the rally with anyone other than his wife. JAMIE added that it was possible that he was getting the January 6, 2021, rally and the "Stop the Steal" rally mixed up.

JAMIE had never been to the United States Capitol Building before January 6, 2021. JAMIE and JENNIFER drove straight through from Florida to Washington, D.C. It was about a 10 to 12-hour drive from their home in Ocala, Florida, to Washington, D.C., They arrived in Washington, D.C. in the morning of January 6, 2021, and went straight to the rally. They heard that security would be "tight" at the rally so they did not bring anything with them. For example, they did not bring a flag with them.

JAMIE and his wife were in the middle of the crowd during the rally. At the rally, JAMIE heard several speakers, including former President Trump. JAMIE did not remember who the other speakers at the rally were; he only remembered Trump. JAMIE heard Trump say, "We are going to march to the

Investigation on   09/12/2023   at   Ocala, Florida, United States (In Person)

File # ▮▮▮▮▮     Date drafted   09/12/2023

by   Bridgit DePietto, MENESES JOSE

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Capitol." To JAMIE, that meant that they were going to march with Trump down to the Capitol. JAMIE thought that Trump himself was going to march with them. Trump said that they were going to the Capitol "to protest."

JAMIE and JENNIFER walked from the Ellipse to the Capitol. It was about a 20-minute walk. When they arrived at the Capitol grounds, JAMIE saw a crowd of people, and it was very crowded. He did not see any police officers in the crowd. He may have seen some police officers up on the terrace. JAMIE did not see any barricades or hear any announcements stating that the crowd of people was not to be there. He did not see any police officers deploy tear gas or rubber bullets into the crowd.

There were people at the Capitol who were waving to the crowd of people to come into the Capitol. JAMIE and his wife were in a line to enter the Capitol. The line was similar to that of an amusement park. JAMIE and his wife went up the stairs to the right before they entered the Capitol. JAMIE saw approximately eight to ten police officers standing 20 to 30 feet away to the right and approximately two to three police officers on the left by the door to the Capitol. The police officers were in a group talking to themselves. They did not say anything to him or JENNIFER. JAMIE did not see the police officers speaking to anyone other than each other.

It took JAMIE and JENNIFER approximately ten minutes to get into the Capitol. It took a while because there were many people. JAMIE and JENNIFER entered through a door, which was open. The windows of the Capitol had already been broken. Once inside the Capitol, JAMIE did not hear any alarms going off or announcements. He did not see any broken glass on the floor or broken furniture.

Once inside the Capitol, JAMIE and JENNIFER stood around a little bit. JAMIE saw some police officers past the crowd of people. He did not remember his path once inside the Capitol; he was just following other people. He remembered being in the area where he threw the chair, but did not recall exactly how they got to that area of the Capitol. In that area, there were chairs and bottles of water all around. JAMIE saw people throwing the chairs. They were throwing the chairs toward the sliding doors that were coming down. There were police officers in that area. The police officers were on the other side of the sliding doors. The police officers looked like they were running away. That was when JAMIE grabbed a chair and threw it. JAMIE threw the chair as "a reaction." He was "not thinking properly." When he saw other people throwing chairs, he threw a chair. He threw the chair at the wall where a police officer was standing. JAMIE thought that his "lack of sleep clouded his judgment," which is why he threw the chair.

JAMIE was not aware that the chair he threw hit a police officer. Even after the first few times he saw the video of himself throwing the chair, he did not see it hit the police officer. What he saw in the video was what he thought happened, which was that the chair he threw hit the wall.

In the moment, JAMIE remembered saying to himself, "Don't do something stupid." He was immediately disappointed in himself. He dragged another chair down a corridor with the intention of sitting down. His mouth was dry, and he was looking for water to drink. In that area of the Capitol, JAMIE saw police officers who were "verbally engaging" with the crowd. The police officers "grabbed a kid" who had a bat. JAMIE thought the police officers arrested the kid. JAMIE recalled that the police officers were telling the crowd that if they continued they would be arrested. JAMIE thought that the police officers had to arrest people because the crowd was "getting out of hand." He thought that maybe one other person in addition to the kid was arrested.

Later, JAMIE saw the kid walking amongst the crowd. JAMIE was surprised to see him because he thought the kid had been arrested. JAMIE engaged with the kid and asked him how he got out (meaning was not arrested) and the kid said he "got lucky."

JAMIE and JENNIFER were in the aforementioned area of the Capitol for "maybe 10 minutes." JAMIE remembered getting a drink of water and a girl asking him to help her boyfriend calm down. The girl's boyfriend was "huffing and puffing," and the girl was unable to calm him down. JAMIE spoke to the girl's boyfriend. After, the boyfriend just walked away, and the girl thanked JAMIE.

JAMIE then remembered leaving the Capitol. There were police officers at certain locations of the corridors pointing so that the crowd knew which way to get out of the building. It seemed as if the police officers knew that the people did not know how to get out of the Capitol. JAMIE and JENNIFER followed the police officers' direction. JAMIE remembered hearing alarms going off as the police officers were showing them where to go to leave the building.

When JAMIE and JENNIFER exited the building, JAMIE was behind "that guy JOHN SULLIVAN." SULLIVAN was saying, "They shot her, they shot her." JAMIE was not there when his wife was sprayed with pepper spray and the spray got into her mouth.

JAMIE remembered that there were people standing around some vehicles outside of the Capitol, and JAMIE went over and stood on one of the vehicles

so that he could get a better view. He wanted to see if he could see if anyone brought her out (referring to the woman who had been shot). JAMIE did not recall being on the phone while he was standing on the vehicle.

JAMIE did not remember taking any photographs or videos with his phone after getting down from the vehicle. JAMIE's attorney showed him the video of him doing that and he had no recollection of it. JAMIE deleted a lot of stuff from his cell phone because it was taking up a lot of space on his phone. He did not recall downloading any of the deleted material first. If he had any of photographs or videos from January 6, 2021, and he did not delete them from him cell phone, the photographs and videos should be on his cell phone, which the FBI has.

JAMIE and JENNIFER were outside of the Capitol for a little while longer before he heard an announcement stating that there was a curfew. He and JENNIFER were cold and since a curfew was announced, they left. Their car was parked pretty close to the Capitol. It was a shorter walk from the Capitol to their car than it was from the Ellipse to the Capitol. They walked to their car and drove back to Florida. JAMIE and JENNIFER drove home to Florida without getting a hotel room. JAMIE said, "The excitement kept us awake"

JAMIE "was curious and confused" about what was happening at the Capitol on January 6, 2021. All he knew about the certification of the election was that "it was up to Mike Pence to do something." With regard to his conduct on January 6, 2021, JAMIE said, "I am mad at myself about it. That is not who I am as a person." "My mindset is do one good deed a day." "I do not have a criminal mind; I do not have a criminal life." "Wearing the ankle bracelet is enough for me, let alone facing prison time." "When I do something wrong, I always try to fix and correct things." "I wish I never went; I wish I never got involved." "I never expected to be facing something like this." "The bracelet is a reminder of the mistake I made."

JAMIE may have had a GAB account. JAMIE remembered signing up for an account; he did it when many people were being kicked off different social media sites. It was possible that the GAB account name "boycotttwitter" registered name "Jamie Buteau" was his account.

JAMIE thought he was kicked off of Twitter. It was around the timeframe that Trump was taken off Twitter. JAMIE did not even tweet. He was laughing when it happened because he had not posted any tweets for several weeks.